UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL VAN BUITEN and IRON WORKERS MID-SOUTH PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § § § § § § § § § § § § | Case No.: 4:13-cv-01585  CLASS ACTION |
| Plaintiffs, | | |
| v. | | |
| DELL INC., MICHAEL S. DELL, ALEX J. MANDL, DONALD J. CARTY, KLAUS S. LUFT, WILLIAM H. GRAY, III, JAMES W. BREYER, SHANTANU NARAYEN, H. ROSS PEROT, JR., GERARD J. KLEISTERLEE, JANET F. CLARK, LAURA CONIGLIARO, KENNETH M. DUBERSTEIN, SILVER LAKE PARTNERS, L.P., DENALI HOLDING INC., DENALI INTERMEDIATE INC., and DENALI ACQUIROR INC., | | |
| Defendants. | | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiffs John Michael Van Buiten and Iron Workers Mid-South Pension Fund hereby file this Certificate of Interested Persons with the Court. The following is a list of all persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation:

1. John Michael Van Buiten and Iron Workers Mid-South Pension Fund, plaintiffs and other public shareholders of Dell, Inc.;

2. Michael S. Dell;

3. Alex J. Mandl;

- 1 -

- 2 -

4. Donald J. Carty;

5. Klaus S. Luft;

6. William H. Gray, III;

7. James W. Breyer;

8. Shantanu Narayen;

9. H. Ross Perot, Jr.;

10. Gerard J. Kleisterlee;

11. Janet F. Clark;

12. Laura Conigliaro;

13. Kenneth M. Duberstein;

14. <u>Dell, Inc.</u>;

15. Silver Lake Partners, L.P.;

16. Denali Holding Inc.;

17. Denali Intermediate Inc.;

18. Denali Acquiror Inc.;

19. All counsel of record; and

20. There could be one or more insurance carriers interested; however, such information would presently be in the possession of the defendants.

Dated: June 12, 2013
ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
EDWARD B. GERARD
JUSTIN D. RIEGER

                              s/ Stephen J. Oddo
                              STEPHEN J. ODDO

SDTXBN: 329092
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail:  brobbins@robbinsarroyo.com

       soddo@robbinsarroyo.com
       egerard@robbinsarroyo.com
       jrieger@robbinsarroyo.com

THE WARNER LAW FIRM
PAUL WARNER
SBN: 00791884
SDTXBN: 25143
11123 McCracken Circle, Suite A
Cypress, TX 77429
Telephone: (281) 664-7777
Facsimile: (281) 664-7774
E-mail: pwarner@warner-law.net

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile:  (484) 450-2582
E-mail:  rmaniskas@rmclasslaw.com

ROBEIN, URANN, SPENCER, PICARD
 & CANGEMI APLC
MARIA CANGEMI
CHRISTINA CARROLL
2540 Severn Avenue, Suite 400
Metairie, LA  70002
Telephone:  (504) 885-9994
Facsimile:  (504) 885-9969
E-mail:  mcangemi@ruspclaw.com
   ccarroll@ruspclaw.com

Attorneys for Plaintiffs

873315

## CERTIFICATE OF SERVICE

     I hereby certify that on June 12, 2013, a true and correct copy of the above and foregoing was electronically filed with the Court's CM/ECF system.  The electronic case filing system sent a Notice of Electronic Filing (NEF) to the following who are ECF registered participants.

Paul Warner
THE WARNER LAW FIRM
11123 McCracken Circle, Suite A
Cypress, TX 77429

*Counsel for plaintiffs John Michael Van Buiten and Iron Workers Mid-South Pension Fund*

     I hereby certify that I have served via U.S. Mail the foregoing document to the following who are not ECF registered participants.

John L. Latham
Susan E. Hurd
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

*Counsel for defendant Dell Inc.*

James G. Kreissman
Alexis S. Coll-Very
Simona G. Strauss
Stephen P. Blake
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304

*Counsel for defendants Silver Lake Partners, L.P., Denali Holding Inc., Denali Intermediate Inc.,*

John F. Savarese
William D. Savitt
Ryan A. McLeod
WACHTELL, LIPTON, ROSEN
  & KATZ LLP
51 West 52nd Street
New York, NY 10019

*Counsel for defendant Michael S. Dell*

Gary W. Kubek
Maeve O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

*Counsel for defendants Alex J. Mandl, Donald J. Carty, Klaus S. Luft, William H. Gray, III, James W. Breyer, Shantanu Narayen, H. Ross Perot, Jr., Gerard J. Kleisterlee, Janet F. Clark, Laura Conigliaro, and Kenneth M. Duberstein*

Richard A. Maniskas
RYAN & MANISKAS, LLP
995 Old Eagle School Road, Suite 311
Wayne, PA 19087

Maria Cangemi
Christina Carroll
ROBEIN, URANN, SPENCER, PICARD
  & CANGEMI APLC
2540 Severn Avenue, Suite 400
Metairie, LA  70002

*Counsel for plaintiffs John Michael Van Buiten and Iron Workers Mid-South Pension Fundand Denali Acquiror Inc.*

                                            s/ Stephen J. Oddo
                                        STEPHEN J. ODDO