IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN MICHAEL VAN BUITEN and IRON WORKERS MID-SOUTH PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DELL INC., MICHAEL S. DELL, ALEX J. MANDL, DONALD J. CARTY, KLAUS S. LUFT, WILLIAM H. GRAY, III, JAMES W. BREYER, SHANTANU NARAYEN, H. ROSS PEROT, JR., GERARD J. KLEISTERLEE, JANET F. CLARK, LAURA CONIGLIARO, KENNETH M. DUBERSTEIN, SILVER LAKE PARTNERS, L.P., DENALI HOLDING INC., DENALI INTERMEDIATE INC., and DENALI ACQUIROR INC.,<br><br>　　　　　Defendants. | CASE NO.: 4:13-cv-01585<br><br>UNOPPOSED |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND
FILE A CERTIFICATE OF INTERESTED PARTIES**

WHEREAS, Plaintiffs John Michael Van Buiten and Iron Workers Mid-South Pension Fund ("Plaintiffs") filed their Complaint for Breach of Fiduciary Duties and Violation of Federal Securities Laws (the "Complaint") on May 30, 2013 naming as defendants Dell Inc. ("Dell"), Silver Lake Partners, L.P., Denali Holding Inc., Denali Intermediate Inc., Denali Acquiror Inc., and the Director Defendants[1] (collectively, "Defendants");

---

[1] Michael S. Dell, Alex J. Mandl, Donald J. Carty, Klaus S. Luft, William H. Gray, III, James W. Breyer, Shantanu Narayen, H. Ross Perot, Jr., Gerard J. Kleisterlee, Janet F. Clark, Laura Conigliaro and Kenneth M. Duberstein are collectively referred to as the "Director Defendants."

1

2

WHEREAS, Dell's deadline to answer, move, plead, or otherwise respond is July 30, 2013, and the remaining Defendants' deadline to answer, move, plead, or otherwise respond is August 5, 2013;

WHEREAS, by the Court's Order for Conference and Disclosure of Interested Parties dated May 31, 2013, counsel is ordered to file a Certificate of Interested Parties within 15 days from the receipt of such order;

IT IS HEREBY STIPULATED by and among the undersigned counsel, subject to the Court's approval, as follows:

1. Defendants shall answer, move, plead, or otherwise respond to Plaintiffs' Complaint by August 30, 2013.

2. Defendants shall file a Certificate of Interested Parties by August 30, 2013.

3. The filing of this stipulation shall be without prejudice to, and shall not constitute a waiver of, any claim, defense or plea by any party hereto.

\* \* \*

SO ORDERED:

DATED: July ___, 2013.

_____
THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE

Agreed to:

|  |  |
|---|---|
| | THE WARNER LAW FIRM |
| OF COUNSEL: | By: _*/s/ Paul T. Warner*_<br>   (signed by permission) |
| ROBBINS ARROYO LLP | Paul T. Warner |
| Brian J. Robbins | SBN: 00791884 |
| Stephen J. Oddo | SDTXBN: 25143 |
| Edward B. Gerard | 11123 McCracken Circle |
| Justin D. Rieger | Suite A |
| 600 B Street, Suite 1900 | Cypress, TX 77429 |
| San Diego, CA 92101 | Tel: 281-664-7777 |
| Tel: 619-525-3990 | Fax: 281-664-7774 |
| Fax: 619-525-3991 | Email: pwarner@warner-law.net |
| Email: brobbins@robbinsarroyo.com | |
|    soddo@robbinsarroyo.com | ATTORNEY-IN-CHARGE FOR |
|    egerard@robbinsarroyo.com | PLAINTIFFS |
|    jrieger@robbinsarroyo.com | |

RYAN & MANISKAS, LLP
Richard A. Maniskas
995 Old Eagle School Road
Suite 311
Wayne, PA 19087
Tel: 484-588-5516
Fax: 484-450-2582
Email: rmaniskas@rmclasslaw.com

ROBEIN, URANN, SPENCER,
PICARD & CANGEMI APLC
Maria Cangemi
Christina Carroll
2540 Severn Avenue
Suite 400
Metairie, LA 70002
Tel: 504-885-9994
Fax: 504-885-9969
Email: mcangemi@ruspclaw.com
   ccarroll@ruspclaw.com

3

|  |  |
|---|---|
| OF COUNSEL: | BAKER BOTTS L.L.P. |
| ALSTON & BIRD LLP<br>John L. Latham<br>Susan E. Hurd<br>One Atlantic Center<br>1201 Peachtree Street, Suite 4200<br>Atlanta, GA  30309<br>Tel:  404-881-7000<br>Fax:  404-881-7777<br>Email:  John.Latham@alston.com<br>susan.hurd@alston.com | By:   */s/ David D. Sterling*<br>David D. Sterling<br>SBN:  19170000<br>SDTXBN:  07079<br>One Shell Plaza<br>910 Louisiana<br>Houston, Texas  77002<br>Tel: 713-229-1234<br>Fax: 713-229-1522<br>Email:  david.sterling@bakerbotts.com<br><br>ATTORNEY-IN-CHARGE FOR<br>DEFENDANT DELL INC. |

ALSTON & BIRD LLP
Gidon M. Caine
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008
Tel:  650-838-2000
Fax:  650-838-2001
Email:  gidon.caine@alston.com

BAKER BOTTS L.L.P.
Danny David
Amy Pharr Hefley
Tina Q. Nguyen
One Shell Plaza
910 Louisiana Street
Houston, TX  77002
Tel: 713-229-1234
Fax: 713-229-1522
Email:  danny.david@bakerbotts.com
            amy.hefley@bakerbotts.com
            tina.nguyen@bakerbotts.com

4

|  |  |
|---|---|
|  | ANDREWS KURTH LLP |
| OF COUNSEL: | By:   */s/ Kent W. Robinson*<br>         (signed by permission) |
| SIMPSON THACHER & BARTLETT LLP<br>James G. Kreissman<br>Alexis S. Coll-Very<br>Simona G. Strauss<br>Stephen P. Blake<br>2475 Hanover Street<br>Palo Alto, California 94304<br>Tel: 650-251-5000<br>Fax: 650-251-5002<br>Email: jkreissman@stblaw.com<br>         acoll-very@stblaw.com<br>         sstrauss@stblaw.com<br>         sblake@stblaw.com | Kent W. Robinson<br>SBN:  17098600<br>SDTXBN:  02860<br>600 Travis<br>Suite 4200<br>Houston, TX  77002<br>Tel:  713-220-4182<br>Fax:  713-238-7226<br>Email: rrobinson@andrewskurth.com<br><br>ATTORNEY-IN-CHARGE FOR DEFENDANT SILVER LAKE PARTNERS, L.P., DENALI HOLDING INC., DENALI INTERMEDIATE INC. and DENALI ACQUIROR INC. |

|  |  |
|---|---|
|  | NORTON ROSE FULBRIGHT LLP |
| OF COUNSEL: | By:  */s/ Marcy Hogan Greer*  <br>  (signed by permission) |
| WACHTELL, LIPTON, ROSEN & KATZ LLP <br> John F. Savarese <br> William D. Savitt <br> Ryan A. McLeod <br> 51 West 52nd Street <br> New York, NY  10019 <br> Tel:  212-403-1000 <br> Fax:  212-403-2000 <br> Email: JFSavarese@wlrk.com <br> WDSavitt@wlrk.com <br> RAMcLeod@wlrk.com | Marcy Hogan Greer <br> SBN:  08417650 <br> SDTXBN: 12657 <br> 98 San Jacinto Boulevard <br> Suite 1100 <br> Austin, TX 78701-4255 <br> Tel:  515-474-5201 <br> Fax:  512-536-4589 <br> Email:  mgreer@fulbight.com <br><br> ATTORNEY-IN-CHARGE FOR DEFENDANT MICHAEL DELL |

| | |
|---|---|
| OF COUNSEL: <br><br> DEBEVOISE & PLIMPTON LLP <br> Gary W. Kubek <br> Maeve O'Connor <br> Elliot Greenfield <br> 919 Third Avenue <br> New York, NY 10022 <br> Tel:  212-909-6000 <br> Fax:  212-909-6836 <br> Email: gwkubek@debevoise.com <br> mloconnor@debevoise.com <br> egreenfield@debevoise.com | GRAVES, DOUGHERTY, HEARON & MOODY, P.C. <br><br> By:   */s/ John J. (Mike) McKetta III* <br> (signed by permission) <br> John J. (Mike) McKetta III <br> SBN:  13711500 <br> 401 Congress <br> Suite 2200 <br> Austin, TX 78701 <br> Tel:  512-480-5616 <br> Fax:  512-480-5816 <br> Email:  mmcketta@gdhm.com <br><br> ATTORNEY-IN-CHARGE FOR DEFENDANTS ALEX J. MANDL, DONALD J. CARTY, KLAUS S. LUFT, WILLIAM H. GRAY, III, JAMES W. BREYER, SHANTANU NARAYEN, H. ROSS PEROT, JR., GERARD J. KLEISTERLEE, JANET F. CLARK, LAURA CONIGLIARO and KENNETH M. DUBERSTEIN |

**Certificate of Service**

  I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record by electronic service and/or e-mail, on this 26th day of July, 2013.

                */s/ David D. Sterling*
                David D. Sterling