United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| John Michael Van Buiten, et al. | § § | |
| v. | § § | Civil Action 4:13–cv–01585 |
| Dell, Inc., et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Frances H. Stacy:

Motion for Extension of Time – #34

Date: November 18, 2013.

David J. Bradley, Clerk

By: R. Vazquez, Deputy Clerk
Case Manager