United States District Court
Southern District of Texas
FILED

FEB 0 5 2014

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-01585 |
|---|---|---|---|
| JOHN MICHAEL VAN BUITEN and IRON WORKERS MID-SOUTH PENSION FUND, Inc ||||
| *versus* ||||
| DELL INC., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Maeve L. O'Connor<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>New York, 3008109<br>SDNY, EDNY, WDNY, ND Cal., CA9 |
|---|---|
| Seeks to appear for this party: | See Attached List |
| Dated: Feb. 4, 2014 | Signed: |

| The state bar reports that the applicant's status is: active ||
|---|---|
| Dated: 2/5/14 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                          United States District Judge

Parties Represented by Debevoise & Plimpton LLP:

James W. Breyer

Donald J. Carty

Janet F. Clark

Laura Conigliaro

Kenneth M. Duberstein

Gerard J. Kleisterlee

Klaus S. Luft

Alex J. Mandl

Shantanu Narayen

H. Ross Perot, Jr.