UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**FILED**
FEB 05 2014
**David J. Bradley, Clerk of Court**

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-01585 |
|---|---|---|---|
| JOHN MICHAEL VAN BUITEN and IRON WORKERS MID-SOUTH PENSION FUND, Inc ||||
| *versus* ||||
| DELL INC., et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Elliot Greenfield<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>New York, 4396479<br>SDNY, EDNY, D Colo. |
|---|---|
| Seeks to appear for this party: | See Attached List |
| Dated: 2/3/14 | Signed: /s/ Elliot Greenfield |

| The state bar reports that the applicant's status is: _active_ ||
|---|---|
| Dated: 2/5/14 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____           _____
                            United States District Judge

Parties Represented by Debevoise & Plimpton LLP:

James W. Breyer

Donald J. Carty

Janet F. Clark

Laura Conigliaro

Kenneth M. Duberstein

Gerard J. Kleisterlee

Klaus S. Luft

Alex J. Mandl

Shantanu Narayen

H. Ross Perot, Jr.