| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

FILED
FEB 0 5 2014
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-01585 |
|---|---|---|---|

| JOHN MICHAEL VAN BUITEN and IRON WORKERS MID-SOUTH PENSION FUND, Ind |
|---|
| *versus* |
| DELL INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Gary W. Kubek<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000<br>New York, 1647460<br>SDNY, EDNY, CA2, CA3 |
|---|---|
| Seeks to appear for this party: | See Attached List |
| Dated: February 3, 2014 | Signed: [signature] |

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 2/5/14 | Clerk's signature: [signature] |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                United States District Judge

Parties Represented by Debevoise & Plimpton LLP:

James W. Breyer

Donald J. Carty

Janet F. Clark

Laura Conigliaro

Kenneth M. Duberstein

Gerard J. Kleisterlee

Klaus S. Luft

Alex J. Mandl

Shantanu Narayen

H. Ross Perot, Jr.