UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL VAN BUITEN and IRON WORKERS MID-SOUTH PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | § § § § § | Case No.: 4:13-cv-01585 |
| | § | CLASS ACTION |
| Plaintiffs, | § § | |
| v. | § § | |
| DELL INC., MICHAEL S. DELL, ALEX J. MANDL, DONALD J. CARTY, KLAUS S. LUFT, WILLIAM H. GRAY, III, JAMES W. BREYER, SHANTANU NARAYEN, H. ROSS PEROT, JR., GERARD J. KLEISTERLEE, JANET F. CLARK, LAURA CONIGLIARO, KENNETH M. DUBERSTEIN, SILVER LAKE PARTNERS, L.P., DENALI HOLDING INC., DENALI INTERMEDIATE INC., and DENALI ACQUIROR INC., | § § § § § § § § § § § § § | |
| Defendants. | § § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, plaintiffs John Michael Van Buiten and Iron Workers Mid-South Pension Fund ("Plaintiffs"), on behalf of themselves and all others similarly situated, filed the Complaint for Breach of Fiduciary Duties and Violation of Federal Securities Laws on May 30, 2013 (the "Complaint") and Amended Complaint for Breach of Fiduciary Duties and Violation of Federal Securities Laws on December 6, 2013 (the "Amended Complaint") in the above-captioned action challenging the take-private buyout of Dell Inc. ("Dell" or the "Company") by Michael S. Dell, Silver Lake Partners, L.P., Denali Holding Inc., Denali Intermediate Inc., and Denali Acquiror Inc. (the "Action") (Dkt. No. 1 and 38);

WHEREAS, none of the defendants in this Action has answered the Complaint or the Amended Complaint, or filed a motion for summary judgment;

WHEREAS, Plaintiffs have determined that it is not in the best interests of Plaintiffs and the other Dell shareholders to further pursue this Action and have determined to dismiss this case; and

WHEREAS, the dismissal of the Action will not prejudice the interests of the other Company shareholders as no class of Dell shareholders has been certified or sought certification.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the Action.

Dated:  April 3, 2014                          ROBBINS ARROYO LLP


                                               _____s/ Stephen J. Oddo_____
                                               STEPHEN J. ODDO

                                               SDTXBN: 329092

                                               BRIAN J. ROBBINS
                                               STEPHEN J. ODDO
                                               EDWARD B. GERARD
                                               JUSTIN D. RIEGER
                                               600 B Street, Suite 1900
                                               San Diego, CA 92101

Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail:  brobbins@robbinsarroyo.com
       soddo@robbinsarroyo.com
       egerard@robbinsarroyo.com
       jrieger@robbinsarroyo.com

THE WARNER LAW FIRM
PAUL WARNER
SBN: 00791884
SDTXBN: 25143
11123 McCracken Circle, Suite A
Cypress, TX 77429
Telephone: (281) 664-7777
Facsimile: (281) 664-7774
E-mail: pwarner@warner-law.net

RYAN & MANISKAS, LLP
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile:  (484) 450-2582
E-mail:  rmaniskas@rmclasslaw.com

ROBEIN, URANN, SPENCER, PICARD
  & CANGEMI APLC
MARIA CANGEMI
CHRISTINA CARROLL
2540 Severn Avenue, Suite 400
Metairie, LA  70002
Telephone:  (504) 885-9994
Facsimile:  (504) 885-9969
E-mail:  mcangemi@ruspclaw.com
       ccarroll@ruspclaw.com

Attorneys for Plaintiffs

944267

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2014, a true and correct copy of the above and foregoing was electronically filed with the court and was served to all counsel of record by electronic service and/or e-mail.

_____ s/ Stephen J. Oddo _____
STEPHEN J. ODDO
