UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL VAN BUITEN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1585 |
| | § § | |
| DELL, INC., *et al*, | § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiffs John Michael Van Buiten and Iron Workers Mid-South Pension Fund on April 3, 2014 (Doc. 67), it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice in accordance with Federal Rule of Civil Procedure 41(a).  All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 8th day of April, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE